United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10382-pmm |
| Jocelyn R. Savage | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 05, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jocelyn R. Savage, 414 N 66th St, Philadelphia, PA 19151-4006 |
| cr | + | Wilmington Savings F Wilmington Savings Fund Socie, 500 N. State College Blvd.,, Ste 1030,1300,1400, 500 N. State College Blvd.,, Orange, CA 92868 UNITED STATES 92868-1604 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Wilmington Savings F Wilmington Savings Fund Society  FSB, as Trustee of Wampus Mortgage Loan Trust msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MITCHELL CHAMBERS, JR. | on behalf of Debtor Jocelyn R. Savage mchambers@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;25915@notices.nextchapterbk.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Aug 05, 2026                       Form ID: pdf900                                 Total Noticed: 2

United States Trustee
                            USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jocelyn R. Savage fka Jocelyn R. Gaddy<br>                          Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, as Trustee of<br>Wampus Mortgage Loan Trust<br>                          Movant<br>            vs. | NO. 24-10382 PMM |
| Jocelyn R. Savage fka Jocelyn R. Gaddy<br>                          Debtor(s) | |
| KENNETH E. WEST ESQUIRE<br>                          Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 5th   day of August  , 2026 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 414 North 66th Street, Philadelphia, PA 19151 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_Patricia M. Mayer_

Hon. Patricia M. Mayer
United States Bankruptcy Judge.