United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-10382-pmm
Jocelyn R. Savage Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Oct 27, 2026 Form ID: pdf900 Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jocelyn R. Savage, 414 N 66th St, Philadelphia, PA 19151-4006 |
| cr | + | Wilmington Savings F Wilmington Savings Fund Socie, 500 N. State College Blvd.,, Ste 1030,1300,1400, 500 N. State College Blvd.,, Orange, CA 92868 UNITED STATES 92868-1604 |
| 14852402 | + | CU Members Mortgage, A Division of Colonial Savings, FA, c/o Denise Carlon, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14873798 | + | CU Members Mortgage, a Division of, Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 14852401 | + | Stephanie Walczak, Esq., KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1538 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 28 2026 01:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2026 01:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14882804 | | Email/Text: megan.harper@phila.gov | Oct 28 2026 01:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14852400 | + | Email/Text: bankruptcydesk@colonialsavings.com | Oct 28 2026 01:24:00 | CU Members Mortgage, A Division of Colonial Savinsa, FA, 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 15100308 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 28 2026 01:23:00 | Wilmington Savings Fund Society, FSB, as, Trustee of Wampus Mortgage Loan Trust, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868-1604 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14852403 | *+ | Stephanie Walczak, Esq., KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1538 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Wilmington Savings F Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor CU MEMBERS MORTGAGE A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com |
| MITCHELL CHAMBERS, JR. | on behalf of Debtor Jocelyn R. Savage mchambers@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;25915@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>JOCELYN R. SAVAGE<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 24-10382-PMM |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Patricia M. Mayer

**Date: October 27, 2026**

Honorable Patricia M. Mayer
Bankruptcy Judge